EDWARD CASSATLY v. TOWNSHIP OF MONROE.

May 2, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN M. DEEGAN.

May 2, 1974. Petition for certification denied. (See 126 *N. J. Super.* 475).

STATE OF NEW JERSEY v. MARY HATCHER.

May 2, 1974. Petition for certification denied.

MARY FOSGATE v. ANTHONY G. CORONA.

May 2, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. JOSEPH B. STAPLETON.

May 2, 1974. Petition for certification denied. (See 126 *N. J. Super.* 475).

DIVAN BUILDERS, INC. v.
PLANNING BOARD OF THE TWP. OF WAYNE.

May 2, 1974. Petition for certification granted. (See 127 *N. J. Super.* 368).